IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

XZAVIOR GOODWIN,

               Plaintiff,

v.                                          ORDER

JORDAN THOME-HOUGH                       20-cv-229-jdp
and MARIA GAMBARO,

               Defendants.

---

      Pro se plaintiff Xzavior Goodwin contends that defendant prison officials violated his constitutional rights by ignoring his warnings that he had suicidal thoughts and that he was cutting himself. Defendants filed a motion for summary judgment, Dkt. 16, to which Goodwin has not responded. His failure to respond suggests that he may have lost interest in pursuing his case and no longer intends to prosecute it.

      I will give Goodwin one more opportunity to submit substantive responses to defendants' motion for summary judgment. If he fails to do so by the new deadline, I will dismiss this case with prejudice under Rule 41 of the Federal Rules of Civil Procedure for his failure to prosecute it.

ORDER

IT IS ORDERED that plaintiff Xzavior Goodwin may have until July 29, 2021, to file a response to defendants' motion for summary judgment. If Goodwin does not respond by that date, I will dismiss this case with prejudice under Fed. R. Civ. P. 41 for his failure to prosecute it.

Entered July 15, 2021.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge