IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

XZAVIOR GOODWIN,

                Plaintiff,

v.                                               ORDER

JORDAN THOME-HOUGH                        20-cv-229-jdp
and MARIA GAMBARO,

                Defendants.

---

Pro se plaintiff Xzavior Goodwin contends that defendant prison officials violated his constitutional rights by ignoring his warnings that he had suicidal thoughts and that he was cutting himself. Defendants filed a motion for summary judgment, Dkt. 16, to which Goodwin did not respond. I gave Goodwin a final opportunity to submit materials opposing the summary judgment motion and I warned him that if he failed to file a response I would dismiss this case with prejudice under Federal Rule of Civil Procedure 41 for his failure to prosecute it.

Goodwin responded by filing a motion for extension of time, which the court denied because it had already extended his deadline as much as possible given the September 27, 2021 trial date. Goodwin did not file opposition materials even after I denied his motion for extension of time. Therefore I will dismiss this case. *James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) ("A district court has the authority under Federal Rule of Civil Procedure 41(b) to enter a sua sponte order of dismissal for lack of prosecution.").

ORDER

IT IS ORDERED that this case is DISMISSED with prejudice for plaintiff Xzavior Goodwin's failure to prosecute it. The clerk of court is directed to enter judgment for defendants and close the case.

Entered August 11, 2021.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge