IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

XZAVIOR GOODWIN,

    Plaintiff,

  v.

JORDAN THOME-HOUGH,
MARIA GAMBARO, and TAYLOR,

    Defendants.

Case No.  20-cv-229-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | 8/11/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |